WARREN, Appellant, vs. CHANCELLOR & VAUGHN, INC., Respondent.

For the appellant: *Coleman & Barry,* attorneys, and *Carl R. Becker* of counsel, all of Milwaukee.

For the respondent: *Leopold Saltiel* of Chicago, Illinois.

*By the Court.*——Judgment affirmed.

*April 2, 1935.*

ZENTNER, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Harold G. Olsen,* attorney, and *Ronold A. Drechsler* of counsel, both of Milwaukee.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents J. Laskin & Son and another: *Quarles, Spence & Quarles* of Milwaukee.

*By the Court.*—Judgment affirmed.

WILL OF TAINTOR: WILLIAMS and others, Appellants, vs. MORAN, Administrator, Respondent.

For the appellants: *William A. Sheldon* of Elkhorn, attorney, and *Lorin L. Kay* of counsel of Milwaukee.

For the respondent: *Nolan, Dougherty,. Grubb & Ryan* of Janesville.

*By the Court.*—Order affirmed.